**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heath Fleshner and Elizabeth Fleshner, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>Nationwide Mutual Insurance Company, et )<br>al., )<br>)<br>Defendants. )<br>) | No. CV-07-1063-PHX-SMM<br><br>**ORDER GRANTING DEFENDANT BENNETT & PORTER'S MOTION TO CONTINUE RULE 16 SCHEDULING CONFERENCE** |

Pending before the Court is Defendant Bennett & Porter's Motion to Continue Rule 16 Scheduling Conference (Dkt. 20). The motion was filed along with a declaration of counsel for Defendant indicating that counsel scheduled a pre-paid, out-of-state vacation prior to receiving the Court's scheduling order. Accordingly,

**IT IS HEREBY ORDERED** granting Defendant's motion to reschedule the Rule 16 Preliminary Pretrial Conference from October 29, 2007 at 2:00 p.m. to **Tuesday, November 13, 2007 at 2:00 p.m.**

DATED this 26th day of September, 2007.

Stephen M. McNamee
United States District Judge