**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Heath Fleshner and Elizabeth Fleshner,<br><br>  Plaintiffs,<br><br>  v.<br><br>Nationwide Mutual Insurance Company, et al.,<br><br>  Defendants. | CIV-07-1063-PHX-SMM<br><br>**ORDER** |

Pursuant to the Stipulation to Dismiss With Prejudice filed by the parties (Dkt. 27) and good cause appearing therefore,

**IT IS HEREBY ORDERED** dismissing this matter as it pertains to Plaintiffs and Defendants Nationwide Mutual Insurance Company and Scottsdale Insurance Company, with prejudice, each side to bear their own fees and costs.

DATED this 6th day of November, 2007.

Stephen M. McNamee
United States District Judge