**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Heath Fleshner and Elizabeth Fleshner,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Nationwide Mutual Insurance Company, et al.,<br><br>　　　　Defendants. | CIV-07-01063-PHX-SMM<br><br>**ORDER** |

Pursuant to the Stipulation to Dismiss With Prejudice filed by the parties (Dkt. 31),

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed with prejudice, each party to bear its own costs and attorney fees incurred herein.

DATED this 27th day of November, 2007.

Stephen M. McNamee
United States District Judge